UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

A. ALEX LARI

                     Plaintiff,

      -v-

JPMORGAN CHASE BANK, N.A.

                     Defendant

-----------------------------------------------------------------X

20-cv-00952 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of the parties' request for an extension of time to respond to the Complaint.

    That request, as well as the status of the case, shall be taken up at a telephonic conference which is hereby SET for March 26, 2020 at 11:00 a.m. All counsel are directed to call chambers on the line together.

    IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This Order supersedes the previous order directing the parties to file a Case Management Plan and Scheduling Order no later than one week before the May 13, 2020 Initial Pretrial Conference.

    SO ORDERED.

Dated: March 11, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge