ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

WWW.ZEKLAW.COM

October 8, 2020

**BY ECF**

**MEMORANDUM ENDORSEMENT**

Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Lari v. JPMorgan Chase Bank, N.A.**
**Case No. 1:20-cv-00952-LL**

Dear Judge Gorenstein:

  We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced action. After counsel for both parties expressed interest in settlement in a conference before Judge Liman, last week, Your Honor scheduled a settlement conference for October 14 by Order dated September 30, 2020 (the "Order"). Unfortunately, that date did not allow plaintiff sufficient time to formulate a settlement demand or for Chase to respond to the demand and designate the appropriate client representative within the periods prescribed in the Order.

  Counsel for Chase and plaintiff have agreed to request an adjournment of the settlement conference but could not agree on the date. Plaintiff requests that the conference be held on October 29 or as soon thereafter as the Court may direct. Chase, however, will require additional time to meet its obligations under the Order. I am very sorry that we are unable to propose a specific date at this time. Therefore, Chase requests that the conference be adjourned *sine die*.

  The parties appreciate the Court's attention to this request.

         Respectfully submitted

         /s/ Ronald M. Neumann

         Ronald M. Neumann

RMN:cla

cc:   Plaintiff's counsel by ECF

MEMORANDUM ENDORSEMENT, Case 1:20-cv-952

The settlement conference is adjourned sine die. The parties shall file a letter with the Court when both sides are prepared to proceed with the conference. In the letter, the parties may propose suggested dates.

This Order has no effect on any deadlines in this case.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**October 8, 2020**